THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **ANTHONY PADGETT,** : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | |
| : | No. 3:02-cr-21 (CAR) |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge (Doc. 29) that Petitioner's Motion for Relief from Judgment or Order (Doc. 28) be denied and that Petitioner's "Motion Requesting the Status of His Motion Requesting Clarification of His February 27, 2003 Sentencing Regarding 'Concurrent' Sentence" (Doc. 27) be dismissed as moot. Petitioner has entered a timely Objection to the Recommendation. The Court has reviewed the Recommendation, Petitioner's Objection, and the other documents in the case, and agrees with the Recommendation. For the reasons set forth therein, Petitioner's Motion for Relief from Judgment (Doc. 28) is **DENIED**, and Petitioner's Motion Requesting Status (Doc. 27) is **DISMISSED**, as moot. In light of this Order, Defendant's Motion Requesting the Status of His Case (Doc. 32) is also moot, and is **DISMISSED**.

It is SO ORDERED this 20th day of October, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw